ORIGINAL

**17 MAG 0307**

Approved: _____
MICHAEL D. LONGYEAR
Assistant United States Attorney

Before:   HONORABLE ANDREW J. PECK
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - x
                                       :   **SEALED**
                                       :   **COMPLAINT**
UNITED STATES OF AMERICA                :
                                       :   Violation of
        - v. -                          :   18 U.S.C. §§ 1204(a)
                                       :
                                       :
LIDIA FARIDI, a/k/a                     :
    "Lidia Czuprynska,"                 :
                                       :   COUNTY OF OFFENSE:
            Defendant.                  :   BRONX
                                       :
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

JONATHAN GERACI, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**

(International Parental Kidnapping)

1.   From on or about June 21, 2014, in the Southern District of New York and elsewhere, LIDIA FARIDI, a/k/a "Lidia Czuprynska," the defendant, willfully and knowingly removed a child, as that term is defined in Title 18, United States Code, Section 1204(b)(1), from the United States, and attempted to do so, and retained a child (who had been in the United States) outside the United States with intent to obstruct the lawful exercise of parental rights, to wit, FARIDI removed from the United States FARIDI's two children, ages seven and six years' old, with intent to obstruct the lawful exercise of the children's father's custodial rights.

(Title 18, United States Code, Sections 1204(a).)

The bases for my knowledge and the foregoing charges are, in part, as follows:

2.   I am a Special Agent with the FBI assigned to the Crimes Against Children Squad.  I have been working with the FBI for over ten years.  I have been personally involved in the investigation of this matter, and I base this affidavit on that personal experience, as well as on my conversations with other law enforcement agents and cooperating witnesses, and my examination of various reports and records.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.   During the course of the investigation, I have learned that on or about June 21, 2014, LIDIA FARIDI, a/k/a "Lidia Czuprynska," the defendant, abducted two children, ages seven and six years' old (respectively, "Child-1" and "Child-2," and together, the "Children") from the United States.

4.   From my conversations with the Children's father ("Victim-1") and my review of documents, I have learned, in substance and in part, the following:

a.   LIDIA FARIDI, a/k/a "Lidia Czuprynska," the defendant, was born in Poland.  Victim-1 and FARIDI met in or around 2006 and married in New York, New York on or about June 1, 2008.

b.   Victim-1 and FARIDI had Child-1 in or about 2009 in White Plains, New York.

c.   Victim-1 and FARIDI had Child-2 in or about 2010 in White Plains, New York.

d.   Victim-1 and FARIDI maintained a residence in the Bronx, New York.  In or about 2011, Victim-1 worked as a contract translator for a governmental agency in the vicinity of Boston, Massachusetts.  FARIDI and the Children remained in the Bronx during the contract period.  At this same time, in the Bronx, New York, FARIDI asked Victim-1 to sign the passport application for Child-2.  Victim-1 agreed on the condition that the passport for Child-2 be mailed to Victim-1 at Victim-1's

2

Bronx address.  Victim-1 subsequently learned that the passport had been expedited and sent to a different address.

e.    In or about November 2011, FARIDI took the Children to Poland without the consent of Victim-1.  FARIDI and the Children remained in Poland until approximately March 2012, when FARIDI and the Children returned to the United States.

f.    Upon their return to the United States, FARIDI and the Children stayed in an apartment in Massachusetts.

5.    From my review of records provided to me by law enforcement agents with United States Customs and Border Protection, I have learned in substance and in part the following:

a.    On or about June 21, 2014, LIDIA FARIDI, a/k/a "Lidia Czuprynska," the defendant, and the Children flew from Boston, Massachusetts to Iceland, and then onto Warsaw, Poland via Iceland Air Flight 632.

6.    From my conversations with Victim-1 and my review of Bronx Family Court documents and Massachusetts State Court documents, I have learned, in substance and in part, the following:

a.    In or about July 2012, LIDIA FARIDI, a/k/a "Lidia Czuprynska," the defendant, initiated divorce proceedings in Massachusetts Family Court.  In or about August 2012, Victim-1 filed a custody petition in Bronx Family Court.

b.    In or about December 2012, Victim-1 filed a petition for an annulment in Bronx Supreme Court.[1]

c.    On or about February 26, 2013, the Bronx Family Court held that, as between Massachusetts and New York, New York was the proper jurisdiction to determine custody of the Children ("February 2013 Order").

d.    Subsequent to the February 2013 Order, the Bronx Family Court granted Victim-1 visitation rights to visit the Children.  Specifically, on or about May 20, 2014, Victim-1 was permitted to visit the Children on alternate Saturdays from 11:00 a.m. to 4:00 p.m., and Victim-1 was permitted to have

---

[1] On or about December 12, 2015, a final judgment of divorce was entered in Bronx Supreme Court.

3

phone access to the Children each Monday, Wednesday, and Friday after 7:00 p.m.

        e.   On or about July 29, 2014, the Bronx Family Court granted Victim-1 sole legal and physical custody of the Children.

        f.   On or about July 29, 2014, the Bronx Family Court issued a writ of habeas corpus directing FARIDI to bring the Children to court immediately, and issued an arrest warrant for FARIDI.

        g.   As of this date, the Children have not been returned to Victim-1.

        WHEREFORE, deponent requests that a warrant be issued for the arrest of LIDIA FARIDI, a/k/a "Lidia Czuprynska," the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

 

 

JONATHAN GERACI
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

 

Sworn to before me this
17th day of January, 2017

HONORABLE ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4