# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **17 Mag. 307**

USAO No. **2016R01578**

Date **2/3/2023**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint        Removal Proceedings in

*United States v.* **Lidia Faridi**

The Complaint/Rule 40 Affidavit was filed on **01/17/2017**

*U.S. Marshals please withdraw warrant*

**MICHAEL LONGYEAR** Digitally signed by MICHAEL LONGYEAR
Date: 2023.02.03 12:14:50 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 2/7/23

UNITED STATES MAGISTRATE JUDGE